LUCERO, Circuit Judge,
concurring.
I join in the majority opinion, but write separately to observe the clear distinction between the situation presented here and that before us in Shorter v. ICG Holdings, Inc., 188 F.3d 1204 (10th Cir.1999). In the instant case, although there is evidence that McGoff, the terminating supervisor, was motivated by racial animus, there is no evidence that connects the alleged racial animus on the part of McGoff directly to plaintiff. This makes this case readily distinguishable from Shorter where there was substantial evidence connecting the alleged racial animus on the part of the terminating supervisor directly to plaintiff. See, e.g., Shorter, 188 F.3d at 1214 (Lucero, J., dissenting) (summarizing evidence). As such, I agree with the conclusion that English failed to show a nexus between the circumstantial evidence of racism and his termination, thus failed to demonstrate pretext, and accordingly could not overcome defendant’s motion for summary judgment.